# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Barbich, et al., v. Northwestern University, et al.

Case Number: 25-cv-6849

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs Natalie Barbich and Bruce Lindvall

Attorney name (type or print): Amit Bindra

Firm: The Prinz Law Firm

Street address: 1 East Upper Wacker Drive, Suite 2500

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6308593
(See item 3 in instructions)

Telephone Number: (312) 212-4450

Email Address: abindra@prinz-lawfirm.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 20, 2025

Attorney signature: S/ Amit Bindra
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023