**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Barbich, et al., v. Northwestern University, et al.    Case Number: 1:25-cv-06849

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs Natalie Barbich and Bruce Lindvall

Attorney name (type or print): Paul J. Lukas

Firm: Nichols Kaster, PLLP

Street address: 80 S. 8th Street, Suite 4700

City/State/Zip: Minneapolis, MN  55402

Bar ID Number: MN 22084X
(See item 3  in instructions)    Telephone Number: 612-256-3200

Email Address: lukas@nka.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes | ☐ No |
| Are you a member of the court's general bar? | ✓ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ✓ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  6/23/2025

Attorney signature:    S/ Paul J. Lukas
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023