415065B
**Law Firm Ref#: 1408**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

NATALIE BARBICH and BRUCE LINDVALL, individually and as the reprsentative of a class    Case No.: **25-cv-6849**
of similarly situated persons, and on behalf of the Northwestern University Employee Welfare
Plan

**Plaintiff(s),**

**VS**

Northwestern University, Northwestern University Executive Director, Benefits & Work/Life
Resources, and Does 1-20

**Defendant(s).**

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jesse Valentine-Glunz** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve,
Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED:  **Northwestern University**

I, Served the within named INDIVIDUAL/ENTITY on **7/15/2025 at 3:45 PM**

**CORPORATE SERVICE:** by leaving a copy of this process with **Jane Dodzinski** (Title): **Assistant General
Counsel** , a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Letter; Summons in a Civil Action; Complaint Class Action; Civil Cover Sheet**

ADDRESS WHERE SERVED: **619 Clark St, Evanston, IL 60208-0802**

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as
follows:

Sex: **Female** - Race: **Caucasian** - Hair: **Brown** - Approx. Age: **50s** - Height: **5'6** - Weight: **130**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies
that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on
information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same
to be true.

_Jesse Valentine-Glunz_

Jesse Valentine-Glunz, Process Server
Dated: _7/17/2025_



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

415065B
Order #:415065B/ILPRF441