**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Natalie Barbich and Bruce Lindvall, individually and as the representatives of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan,<br><br>        Plaintiffs,<br><br>v.<br><br>Northwestern University, Northwestern University Executive Director, Benefits & Work/Life Resources and Does 1-20,<br><br>        Defendants. | Case No. 1:25-cv-06849<br><br>Hon. Jeremy C. Daniel<br><br>Hon. Jeffrey T. Gilbert<br><br><br>**NOTICE OF PRESENTMENT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE** |

PLEASE TAKE NOTICE that counsel for Plaintiffs shall appear before the Honorable Jeremy C. Daniel or any judge sitting in his stead on **August 12, 2025** at **9:30 a.m. (Central)** in Courtroom 1419 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present Plaintiffs' Motion for Leave to Appear Pro Hac Vice in the above-captioned matter, a copy of which is served via the Court's CM/ECF system.

1

Dated: July 29, 2025

**NICHOLS KASTER, PLLP**

s/Benjamin Bauer
Paul J. Lukas (MN 22084X)*
Brock J. Specht (*pro hac vice forthcoming*)
Benjamin Bauer (*pro hac vice forthcoming*)
80 S. 8th Street, Suite 4700
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
lukas@nka.com
bspecht@nka.com
bbauer@nka.com

**THE PRINZ LAW FIRM, P.C.**

Amit Bindra, (IL 6308593)
1 East Upper Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 212-4450
Facsimile: (312) 284-4822
abindra@prinz-lawfirm.com

**DON BIVENS, PLLC**

Don Bivens (*pro hac vice forthcoming*)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661

*admitted in N.D. Ill.*

ATTORNEYS FOR PLAINTIFFS

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 29, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: July 29, 2025                                    <u>s/Benjamin Bauer</u>
                                                        Benjamin Bauer