**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Natalie Barbich, et al.
v.
Northwestern University, et. al.

Case Number: 1:25-cv-06849

An appearance is hereby filed by the undersigned as attorney for:

Northwestern University and Northwestern University Executive Director Benefits & Work/Life Resources

Attorney name (type or print): Eugene A. Schoon

Firm: CROKE FAIRCHILD DUARTE & BERES

Street address: 180 N. La Salle Street, Suite 3400

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6184081
(See item 3 in instructions)

Telephone Number: (773) 517-2740

Email Address: eschoon@crokefairchild.com

Are you acting as lead counsel in this case? ☐ Yes ☐ No

Are you a member of the court's general bar? ☐ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on *July 29, 2025*

Attorney signature: S/ *Eugene A. Schoon* _____
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023