**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Natalie Barbich and Bruce Lindvall, individually and as representative of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan,<br><br>                    Plaintiffs,<br><br>v.<br><br>Northwestern University, Northwestern University Executive Director, Benefits & Work/Life Resources, and Does 1-20,<br><br>                    Defendants. | Case No. 1:25-cv-06849<br><br>Judge Jeremy C. Daniel<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Northwestern University and Northwestern University Executive Director, Benefits & Work/Life Resources (together "Northwestern") move for an extension of the time in which to respond to Plaintiffs' Complaint (Dkt. No. 1) (the "Complaint"). Specifically, Northwestern respectfully requests that its deadline to respond to the Complaint be extended by sixty (60) days to October 6, 2025.[1] Plaintiffs do not oppose Northwestern's requested extension. The grounds and good cause for this motion are as follows:

1. On June 20, 2025, Plaintiffs filed their Complaint (Dkt. No. 1), a putative class action lawsuit alleging that Northwestern breached its fiduciary duties in violation of the Employee Retirement Income Security Act of 1974, as amended.

---

[1] Because the end of the 60-day period falls on Sunday, October 5, 2025, the deadline would run until October 6, 2025. *See* Fed. R. Civ. P. 6.

1

2.     Currently, Northwestern's responsive pleading is due on August 5, 2025. *See* Fed. R. Civ. P. 15(a)(3).

3.     Because of the scope and complexity of the legal and factual issues raised by Plaintiffs' Complaint, Northwestern and its counsel require additional time to prepare a proper response.

4.     The Court has not yet entered a scheduling order; therefore, the requested extension will not affect any other deadlines.

5.     Northwestern makes this motion in good faith and not for any improper purpose, and there will be no prejudice to any party if the requested extension is granted.  Counsel for Northwestern has conferred with Counsel for Plaintiffs, who do not oppose this request.

WHEREFORE, Northwestern respectfully requests that the Court extend Northwestern's deadline for responding to the Complaint by sixty (60) days to October 6, 2025.

Dated: July 29, 2025

Respectfully submitted,

/s/ *Eugene A. Schoon*

Eugene A. Schoon
CROKE FAIRCHILD DUARTE & BERES
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
Email: eschoon@crokefairchild.com

Kathryn Panish *pro hac vice forthcoming
Kara Wheatley *pro hac vice forthcoming
Mark Nielsen *pro hac vice forthcoming
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
t: 202-861-0173
f: 202-659-4503
KPanish@groom.com

kwheatley@groom.com
mnielsen@groom.com

*Counsel for Northwestern University and Northwestern University Executive Director, Benefits & Work/Life Resources*