**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Natalie Barbich and Bruce Lindvall, individually and as representative of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan,<br><br>              Plaintiffs,<br><br>v.<br><br>Northwestern University, Northwestern University Executive Director, Benefits & Work/Life Resources, and Does 1-20,<br><br>              Defendants. | Case No. 1:25-cv-06849<br><br>Judge Jeremy C. Daniel<br><br>Magistrate Judge Jeffrey T. Gilbert |

**To:  All Counsel Of Record**

**NOTICE OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

PLEASE TAKE NOTICE that on **August 5, 2025** at **9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeremy C. Daniel, Room 1419, Judge of the U.S. District Court of Illinois, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be hearing his call of Motions on that day in his place and stead, and shall then and there present the foregoing Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, a copy of which was served upon you electronically via the electronic case filing system.

Dated: July 29, 2025

Respectfully submitted,

/s/ *Eugene A. Schoon*
Eugene A. Schoon
CROKE FAIRCHILD DUARTE & BERES
180 N. La Salle Street, Suite 3400

1

Chicago, IL 60601
Tel: (773) 517-2740
Email: eschoon@crokefairchild.com

Kathryn Panish *pro hac vice forthcoming
Kara Wheatley *pro hac vice forthcoming
Mark Nielsen
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
t: 202-861-0173
f: 202-659-4503
KPanish@groom.com
kwheatley@groom.com
mnielsen@groom.com

*Counsel for Northwestern University and
Northwestern University Executive Director,
Benefits & Work/Life Resources*

2

## SERVICE LIST

**THE PRINZ LAW FIRM, P.C.**
Amit Bindra
1 East Upper Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 212-4450
abindra@prinz-lawfirm.com

**NICHOLS KASTER, PLLP**
Paul J. Lukas
Brock J. Specht
Ben Bauer
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
lukas@nka.com
bpsecht@nka.com
bbauer@nka.com

**DON BIVENS, PLLC**
Don Bivens
15169 N. Scottsdale Road, Suite 205
Scottsdale, Arizona 85254
Telephone: (602) 762-2661

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on **July 29, 2025**, I caused the foregoing **NOTICE AND DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** to be served on all parties of record by filing it with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

Respectfully submitted,

/s/ *Eugene A. Schoon*

3