## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Natalie Barbich, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:25−cv−06849
                                                            Honorable Jeremy C. Daniel

Northwestern University, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2025:

     MINUTE entry before the Honorable Jeremy C. Daniel: Motions to appear pro hac vice [11,13] are granted. The defendants' motion for an extension of time [16] is granted. The defendants shall respond to the complaint on or before October 6, 2025. The motion hearings are stricken. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.