**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Natalie Barbich, et al.,
v.
Northwestern University, et al.

Case Number: 1:25-cv-06849

An appearance is hereby filed by the undersigned as attorney for:

Defendants Northwestern University and Northwestern University Executive Director, Benefits & Work/Life Resources

Attorney name (type or print): Mark C. Nielsen

Firm: Groom Law Group, Chartered

Street address: 1701 Pennsylvania Ave. NW., Suite 1200

City/State/Zip: Washington, D.C. 20006

Bar ID Number: DC-465220
(See item 3 in instructions)

Telephone Number: (202) 861-5429

Email Address: mcn@groom.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 4, 2025

Attorney signature: S/ Mark C. Nielsen _____
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023