**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Barbich, et al., v.
Northwestern University,
et al.

Case Number: 1:25-cv-06849

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs Natalie Barbich and Bruce Lindvall

Attorney name (type or print): Brock J. Specht

Firm: Nichols Kaster, PLLP

Street address: 80 S. 8th Street, Suite 4700

City/State/Zip: Minneapolis, MN 55402

Bar ID Number: MN 0388343
(See item 3 in instructions)

Telephone Number: 612-256-3200

Email Address: bspecht@nka.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/4/2025

Attorney signature: S/ Brock J. Specht

(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023