**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Natalie Barbich and Bruce Lindvall, individually and as representative of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan,<br><br>     Plaintiffs,<br><br>v.<br><br>Northwestern University, Northwestern University Executive Director, Benefits & Work/Life Resources, and Does 1-20,<br><br>     Defendants. | Case No. 1:25-cv-06849<br><br>Judge Jeremy C. Daniel<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF**
**IN EXCESS OF FIFTEEN PAGES**

Pursuant to Local Rule 7.1, Defendants Northwestern University and Northwestern University Executive Director, Benefits & Work/Life Resources (together "Northwestern"), by and through counsel, move for an order permitting the brief in support of Northwestern's forthcoming motion to dismiss to exceed the default limit of fifteen (15) pages. In support thereof, Northwestern states as follows:

1. On June 20, 2025, Plaintiffs filed their Complaint. Dkt. No. 1. Northwestern's response to the Complaint is due on or before October 6, 2025. Dkt. No. 18.

2. Northwestern intends to file a motion to dismiss the Complaint. Under Local Rule 7.1, the page limit for Northwestern's brief in support of its motion to dismiss is fifteen (15) pages.

3. The scope and complexity of the legal and factual issues raised by the Complaint are substantial. Plaintiffs filed a putative class action lawsuit alleging that Northwestern violated the Employee Retirement Income Security Act of 1974 ("ERISA") 29 U.S.C. § 1001, *et seq.*, with respect to the pricing of one of the health insurance coverage options offered by the Northwestern

1

University Employee Welfare Plan. Plaintiffs assert claims for breach of the duties of prudence and loyalty under ERISA and failure to monitor plan fiduciaries.

4. Despite good faith efforts to comply with the Local Rules' page limit, Northwestern has determined that a full and fair exposition of its arguments will require an enlarged motion to dismiss brief in excess of fifteen (15) pages. Northwestern submits that a brief of twenty-five pages (25) will provide the Court with adequate briefing from which to make an informed decision on the motion to dismiss.

5. Counsel for Northwestern has conferred with Counsel for Plaintiffs, who do not oppose this request.

WHEREFORE, Northwestern respectfully requests that the Court grant this motion and permit Northwestern to file a brief in support of its motion to dismiss of up to twenty-five (25) pages, excluding the cover page, table of contents, table of authorities, and signature block.

Dated: September 29, 2025

Respectfully submitted,
/s/ *Eugene A. Schoon*

Eugene A. Schoon
CROKE FAIRCHILD DUARTE & BERES
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
Email: eschoon@crokefairchild.com

Lars C. Golumbic (admitted *pro hac vice*)
Mark C. Nielsen (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
lgolumbic@groom.com
mnielsen@groom.com
kwheatley@groom.com
kpanish@groom.com

*Counsel for Northwestern University and Northwestern University Executive Director, Benefits & Work/Life Resources*