**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Natalie Barbich and Bruce Lindvall, individually and as representative of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan, <br><br> Plaintiffs, <br><br> v. <br><br> Northwestern University, Northwestern University Executive Director, Benefits & Work/Life Resources, and Does 1-20, <br><br> Defendants. | Case No. 1:25-cv-06849 <br><br> Judge Jeremy C. Daniel <br><br> Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF FIFTEEN PAGES**

PLEASE TAKE NOTICE that on September 29, 2025, at , or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeremy C. Daniel, Room 1419, Judge of the U.S. District Court of Illinois, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be hearing his call of Motions on that day in his place and stead, and shall then and there present the foregoing Unopposed Motion for Leave to File a Brief in Excess of Fifteen Pages, a copy of which was served upon you electronically via the electronic case filing system.

Dated: September 29, 2025

Respectfully submitted,
/s/ *Eugene A. Schoon*

Eugene A. Schoon
CROKE FAIRCHILD DUARTE & BERES
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
Email: eschoon@crokefairchild.com

1

Lars C. Golumbic (admitted *pro hac vice*)
Mark C. Nielsen (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
lgolumbic@groom.com
mnielsen@groom.com
kwheatley@groom.com
kpanish@groom.com
*Counsel for Northwestern University and
Northwestern University Executive Director,
Benefits & Work/Life Resources*