**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Natalie Barbich and Bruce Lindvall, individually and as representative of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Northwestern University, Northwestern University Executive Director, Benefits & Work/Life Resources, and Does 1-20,<br><br>Defendants. | Case No. 1:25-cv-06849<br><br>Judge Jeremy C. Daniel<br><br>Magistrate Judge Jeffrey T. Gilbert |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES**

Before the Court is Defendants' Unopposed Motion for Leave to File a Brief in Excess of Fifteen Pages ("Motion") in the above referenced matter.

Having considered the Motion and relevant docket entries, the Court hereby **GRANTS** Defendants' Motion.  Defendants are permitted to file a brief in support of their motion to dismiss of up to twenty-five (25) pages, excluding the cover page, table of contents, table of authorities, and signature block.

So ordered this this ____ day of _____, 2025.

_____

HON. JEFFREY C. DANIEL

UNITED STATES DISTRICT JUDGE

1