**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Natalie Barbich, et al.

                                          Plaintiff,

v.                                                          Case No.: 1:25–cv–06849
                                                            Honorable Jeremy C. Daniel

Northwestern University, et al.

                                          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 30, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: The defendants' motion for leave to file excess pages [27] is granted. Defendants are permitted to file a brief in support of their motion to dismiss of up to twenty–five (25) pages, excluding the cover page, table of contents, table of authorities, and signature block. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.