**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| NATALIE BARBICH and BRUCE LINDVAL, individually and as the representatives of a class of similarly situated persons, and on behalf of the NORTHWESTERN UNIVERSITY EMPLOYEE WELFARE PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN UNIVERSITY, NORTHWESTERN UNIVERSITY EXECUTIVE DIRECTOR, BENEFITS & WORK/LIFE RESOURCES, and, DOES 1-20 <br> Defendants. | Case No. 25-cv-6849 <br><br> Hon. Jeremy C. Daniel |

**DEFENDANTS' MOTION TO DISMISS COMPLAINT**
**PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

Defendants Northwestern University and Northwestern University Executive Director, Benefits & Work/Life Resources, by and through their undersigned counsel, hereby move to dismiss Plaintiffs Natalie Barbich and Bruce Lindval's Complaint (Dkt. No. 1) pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

For the reasons set forth in the accompanying Memorandum of Law, the Court should dismiss the Complaint in its entirety and with prejudice because Plaintiffs lack standing under Article III of the Constitution to pursue their claims against Defendants, and because they fail to state any plausible claim upon which relief can be granted.

WHEREFORE, Defendants respectfully request that, upon due consideration of the motion and controlling precedent, the Court order the dismissal of the Complaint and this action.

1

Dated: October 6, 2025

Respectfully submitted,

*/s/ Mark C. Nielsen*

Mark C. Nielsen (N.D. Ill. No. 90785769)
Lars C. Golumbic (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
Tel: (202) 861-5429
Fax: (202) 659-4503
mnielsen@groom.com
lgolumbic@groom.com
kwheatley@groom.com
kpanish@groom.com

Eugene A. Schoon
CROKE FAIRCHILD DUARTE & BERES
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
Email: eschoon@crokefairchild.com

*Counsel for Northwestern University and Northwestern University Executive Director, Benefits & Work/Life Resources*