**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| NATALIE BARBICH and BRUCE LINDVALL, individually and as the representatives of a class of similarly situated persons, and on behalf of the NORTHWESTERN UNIVERSITY EMPLOYEE WELFARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN UNIVERSITY, NORTHWESTERN UNIVERSITY EXECUTIVE DIRECTOR, BENEFITS & WORK/LIFE RESOURCES, and, DOES 1-20<br>Defendants. | Case No. 25-cv-6849<br><br>Hon. Jeremy C. Daniel |

**To: All Counsel of Record**

**CORRECTED NOTICE OF DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

PLEASE TAKE NOTICE that on **October 9, 2025** at **9:30 a.m.**, or as soon thereafter as this matter may be heard before the Honorable Jeremy C. Daniel, Room 1419, Judge of the U.S. District Court of Illinois, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be hearing his call of Motions on that day in his place and stead, Defendants Northwestern University and Northwestern University Executive Director, Benefits & Work/Life Resources, by and through their undersigned counsel, shall then and there present the foregoing Motion to Dismiss Plaintiffs Natalie Barbich and Bruce Lindvall's Complaint (Dkt. No. 1) pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

1

Dated: October 6, 2025

Respectfully submitted,

*/s/ Mark C. Nielsen*
Mark C. Nielsen (N.D. Ill. No. 90785769)
Lars C. Golumbic (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
Tel: (202) 861-5429
Fax: (202) 659-4503
mnielsen@groom.com
lgolumbic@groom.com
kwheatley@groom.com
kpanish@groom.com

Eugene A. Schoon
CROKE FAIRCHILD DUARTE & BERES
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
Email: eschoon@crokefairchild.com

*Counsel for Northwestern University and*
*Northwestern University Executive Director,*
*Benefits & Work/Life Resources*