**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Natalie Barbich and Bruce Lindvall, individually and as representative of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>Northwestern University, Northwestern University Executive Director, Benefits & Work/Life Resources, and Does 1-20,<br><br>    Defendants. | Case No. 1:25-cv-06849<br><br>Judge Jeremy C. Daniel<br><br>Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION REGARDING BRIEFING SCHEDULE ON**
**DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Natalie Barbich and Bruce Lindvall ("Plaintiffs"), by their undersigned counsel, and Defendants Northwestern University and Northwestern University Executive Director, Benefits & Work/Life Resources ("Defendants," and together with Plaintiffs, "Parties"), by their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint on June 20, 2025;

WHEREAS, Defendants filed a Motion to Dismiss the Complaint ("Motion") on October 6, 2025, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure;

WHEREAS, the Parties agree that Plaintiffs will file their opposition to the Motion by November 20, 2025, and Defendants will file their Reply in Support of the Motion by December 11, 2025;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that:

1.    Plaintiffs Opposition to the Motion shall be filed by November 20, 2025; and

1

2. Defendants' Reply in Support of the Motion shall be filed by December 11, 2025.

Dated: October 7, 2025

**NICHOLS KASTER, PLLP**

*/s/ Brock J. Specht*
Brock J. Specht (admitted *pro hac vice*)
Paul J. Lukas
Ben Bauer (admitted *pro hac vice*)
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 338-4878
lukas@nka.com
bpsecht@nka.com
bbauer@nka.com

**THE PRINZ LAW FIRM, P.C.**
Amit Bindra
Lee Walter
1 East Upper Wacker Drive
Chicago, IL 60601
Tel: (312) 212-4450
Fax: (312) 284-4822
abindra@prinz-lawfirm.com
lwalter@prinz-lawfirm.com

*Counsel for Plaintiffs*

**GROOM LAW GROUP, CHARTERED**

*/s/ Mark C. Nielsen*
Mark C. Nielsen (N.D. Ill. No. 90785769)
Lars C. Golumbic (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
1701 Pennsylvania Ave., NW
Washington, D.C. 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
lgolumbic@groom.com
mnielsen@groom.com
kwheatley@groom.com
kpanish@groom.com

**CROKE FAIRCHILD DUARTE & BERES**
Eugene A. Schoon
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
eschoon@crokefairchild.com

*Counsel Northwestern University and
Northwestern University Executive Director,
Benefits & Work/Life Resources*