**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Natalie Barbich and Bruce Lindvall, individually and as representative of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan,<br><br>        Plaintiffs,<br><br>v.<br><br>Northwestern University, Northwestern University Executive Director, Benefits & Work/Life Resources, and Does 1-20,<br><br>        Defendants. | Case No. 1:25-cv-06849<br><br>Judge Jeremy C. Daniel<br><br>Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION REGARDING DEFENDANT NORTHWESTERN UNIVERSITY**
**EXECUTIVE DIRECTOR AND DOES 1-20**

In the interest of streamlining this litigation, Plaintiffs Natalie Barbich and Bruce Lindvall, by their undersigned counsel, and Defendants Northwestern University ("Northwestern") and Northwestern University Executive Director, Benefits & Work/Life Resources ("Executive Director"), by their undersigned counsel, hereby stipulate and agree as follows:

1. In the Complaint (Dkt. No. 1), Plaintiffs assert claims under the Employment Retirement Income Security Act of 1974, as amended, against the Executive Director.

2. Without waiving any rights or defenses and without admitting any wrongdoing, Northwestern agrees that, as between it and Plaintiffs and the putative class, it will assume responsibility for all acts or omissions of the Executive Director, or that may be based on acts or omissions of any other current or former employee or agents of Northwestern who served as an administrator or fiduciary (named or functional fiduciary) of the Northwestern University Employee Welfare Plan (the "Plan") (*i.e.*, Does 1-20)—and will be responsible to satisfy any judgment entered in this action against such individuals.

1

3.     In consideration of the foregoing, Plaintiffs agree to file a notice of dismissal without prejudice as to all claims asserted against the Executive Director and Does 1-20.

4.     This stipulation is without prejudice to Plaintiffs' right to request reasonable access to the Executive Director for purposes of discovery and testimony, including review of their electronically stored information for appropriate search terms, within the limits set forth in Federal Rule of Civil Procedure 26 and local rules of the Court. Northwestern reserves the right to assert any objections to such discovery other than the non-party status of the Executive Director (*e.g.*, burdensomeness, relevance, etc.).

Dated: October 10, 2025

**NICHOLS KASTER, PLLP**

*/s/ Brock J. Specht*
Paul J. Lukas
Brock J. Specht (admitted *pro hac vice*)
Ben Bauer (admitted *pro hac vice*)
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 338-4878
lukas@nka.com
bpsecht@nka.com
bbauer@nka.com

**THE PRINZ LAW FIRM, P.C.**
Amit Bindra
Lee Walter
1 East Upper Wacker Drive
Chicago, IL 60601
Tel: (312) 212-4450
Fax: (312) 284-4822
abindra@prinz-lawfirm.com
lwalter@prinz-lawfirm.com

*Counsel for Plaintiffs*

**GROOM LAW GROUP, CHARTERED**

*/s/ Kara P. Wheatley*
Lars C. Golumbic (admitted *pro hac vice*)
Mark C. Nielsen (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
1701 Pennsylvania Ave., NW
Washington, D.C. 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
lgolumbic@groom.com
mnielsen@groom.com
kwheatley@groom.com
kpanish@groom.com

**CROKE FAIRCHILD DUARTE & BERES**
Eugene A. Schoon
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
eschoon@crokefairchild.com

*Counsel Northwestern University and Northwestern University Executive Director, Benefits & Work/Life Resources*

2