**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Natalie Barbich, et al.

> Plaintiff,

v.                                                                    Case No.: 1:25−cv−06849
                                                                      Honorable Jeremy C. Daniel

Northwestern University, et al.

> Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 14, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to the parties' stipulation, the Court dismisses the plaintiff claims against defendants Northwestern University Executive Director, Benefits & Work/Life Resources and Does 1−20, without prejudice. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.