**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Natalie Barbich and Bruce Lindvall, individually and as the representatives of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan,<br><br>    Plaintiffs,<br>v.<br><br>Northwestern University,<br><br>    Defendant. | Case No. 1:25-cv-06849<br><br>Hon. Jeremy C. Daniel<br><br>Hon. Jeffrey T. Gilbert<br><br><br>**PLAINTIFFS' MOTION TO WITHDRAW PAUL J. LUKAS AS COUNSEL OF RECORD** |

Plaintiffs Natalie Barbich and Bruce Lindvall ("Plaintiffs"), hereby respectfully move this Court, pursuant to Rule 83.17 of the Local Rules of the District Court for the Northern District of Illinois, to withdraw the appearance of Paul J. Lukas as counsel of record for Plaintiffs. In support of their Motion and in lieu of a supporting memorandum, Plaintiffs state as follows:

1. On June 23, 2025, Mr. Lukas filed an Attorney Appearance Form on behalf of Plaintiffs (ECF No. 6).

2. As of October 31, 2025, Mr. Lukas will no longer be longer employed by the law firm Nichols Kaster, PLLP and wishes to withdraw his appearance as counsel for Plaintiffs.

3. Brock J. Specht and Benjamin Bauer from the law firm Nichols Kaster, PLLP, along with Amit Bindra from The Prinz Law Firm, P.C. and Don Bivens from the law firm Don Bivens, PLLC will continue to represent Plaintiffs in this matter.

WHEREFORE, Brock J. Specht respectfully requests that this Court enter an Order granting leave to withdraw Paul J. Lukas' appearance as counsel for Plaintiffs.

Dated: October 23, 2025

**NICHOLS KASTER, PLLP**

s/Brock J. Specht
Paul J. Lukas (MN 22084X)*
Brock J. Specht (*admitted pro hac vice*)
Benjamin Bauer (*admitted pro hac vice*)
80 S. 8th Street, Suite 4700
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
lukas@nka.com
bspecht@nka.com
bbauer@nka.com

**THE PRINZ LAW FIRM, P.C.**

Amit Bindra, (IL 6308593)
1 East Upper Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 212-4450
Facsimile: (312) 284-4822
abindra@prinz-lawfirm.com

**DON BIVENS, PLLC**

Don Bivens (*pro hac vice forthcoming*)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661

*admitted in N.D. Ill.*

ATTORNEYS FOR PLAINTIFFS

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>s/Brock J. Specht</u>
Brock J. Specht