**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Natalie Barbich and Bruce Lindvall, individually and as the representatives of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>Northwestern University,<br><br>    Defendant. | Case No. 1:25-cv-06849<br><br>Hon. Jeremy C. Daniel<br><br>Hon. Jeffrey T. Gilbert<br><br><br>**NOTICE OF PRESENTMENT OF MOTION TO WITHDRAW PAUL J. LUKAS AS COUNSEL OF RECORD** |

TO DEFENDANT AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that counsel for Plaintiffs Natalie Barbich and Bruce Lindvall shall appear before the Honorable Jeremy C. Daniel or any judge sitting in his stead on **November 6, 2025** at **9:30 a.m. (Central)** in Courtroom 1419 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present Plaintiffs' Motion to Withdraw Paul J. Lukas as Counsel of Record in the above-captioned matter, a copy of which is served via the Court's CM/ECF system.

1

Dated: October 23, 2025

**NICHOLS KASTER, PLLP**

s/Brock J. Specht
Paul J. Lukas (MN 22084X)*
Brock J. Specht (*admitted pro hac vice*)
Benjamin Bauer (*admitted pro hac vice*)
80 S. 8th Street, Suite 4700
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
lukas@nka.com
bspecht@nka.com
bbauer@nka.com

**THE PRINZ LAW FIRM, P.C.**

Amit Bindra, (IL 6308593)
1 East Upper Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 212-4450
Facsimile: (312) 284-4822
abindra@prinz-lawfirm.com

**DON BIVENS, PLLC**

Don Bivens (*pro hac vice forthcoming*)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661

*admitted in N.D. Ill.*

ATTORNEYS FOR PLAINTIFFS

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 23, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>s/Brock J. Specht</u>
Brock J. Specht