**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Natalie Barbich and Bruce Lindvall, individually and as representative of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan,<br><br>            Plaintiffs,<br><br>v.<br><br>Northwestern University,<br><br>            Defendant. | Case No. 1:25-cv-06849<br><br>Judge Jeremy C. Daniel<br><br>Magistrate Judge Jeffrey T. Gilbert |

**STIPULATION REGARDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

Plaintiffs Natalie Barbich and Bruce Lindvall, by their undersigned counsel, and Defendant Northwestern University by its undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint on June 20, 2025 (Dkt. No. 1);

WHEREAS, Defendant filed a Motion to Dismiss the Complaint on October 6, 2025 (Dkt. No. 31);

WHEREAS, on October 27, 2025, Plaintiffs filed an Amended Complaint (Dkt. No. 41);

WHEREAS, Defendant's deadline to respond to the Amended Complaint is November 11, 2025;

WHEREAS, Defendant intends to move to dismiss the Amended Complaint, but due to the scope and complexity of the legal and factual issues raised therein, Defendant and its counsel require additional time to prepare a proper response;

1

WHEREAS, the Parties agree that Defendant will file its Motion to Dismiss the Amended Complaint ("Motion") by December 12, 2025; Plaintiffs will file their opposition to the Motion by January 16, 2026, and Defendant will file its Reply in Support of the Motion by February 6, 2026;

WHEREAS, the Court has not yet entered a scheduling order; therefore, the requested extension and briefing schedule will not affect any other deadlines

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, that:

1. Defendant's Motion shall be filed by **December 12, 2025**;

2. Plaintiffs' Opposition to the Motion shall be filed by **January 16, 2026**; and

3. Defendant's Reply in Support of the Motion shall be filed by **February 6, 2026**.

Dated: November 3, 2025

**NICHOLS KASTER, PLLP**

*/s/ Brock J. Specht*
Brock J. Specht (admitted *pro hac vice*)
Ben Bauer (admitted *pro hac vice*)
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 338-4878
lukas@nka.com
bpsecht@nka.com
bbauer@nka.com

**THE PRINZ LAW FIRM, P.C.**
Amit Bindra
Lee Walter
1 East Upper Wacker Drive
Chicago, IL 60601
Tel: (312) 212-4450
Fax: (312) 284-4822
abindra@prinz-lawfirm.com
lwalter@prinz-lawfirm.com

*Counsel for Plaintiffs*

**GROOM LAW GROUP, CHARTERED**

*/s/ Mark C. Nielsen*
Mark C. Nielsen (N.D. Ill. No. 90785769)
Lars C. Golumbic (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
1701 Pennsylvania Ave., NW
Washington, D.C. 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
lgolumbic@groom.com
mnielsen@groom.com
kwheatley@groom.com
kpanish@groom.com

**CROKE FAIRCHILD DUARTE & BERES**
Eugene A. Schoon
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
eschoon@crokefairchild.com

*Counsel Northwestern University*

3