# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Natalie Barbich, et al.

                                Plaintiff,

v.

                                              Case No.: 1:25−cv−06849

                                              Honorable Jeremy C. Daniel

Northwestern University, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 4, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to the parties' stipulation [42], Defendant's Motion shall be filed by December 12, 2025; Plaintiffs' Opposition to the Motion shall be filed by January 16, 2026; and Defendant's Reply in Support of the Motion shall be filed by February 6, 2026. Status hearing set for April 2, 2026, at 9:30 a.m. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.