**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| NATALIE BARBICH, BRUCE LINDVALL, and TIMOTHY PETERSON, individually and as representative of a class of similarly situated persons, and on behalf of the NORTHWESTERN UNIVERSITY EMPLOYEE WELFARE PLAN,<br><br>              Plaintiffs,<br><br>v.<br><br>NORTHWESTERN UNIVERSITY,<br><br>              Defendant. | Case No. 1:25-cv-06849<br><br>Judge Jeremy C. Daniel<br><br>Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF**
**IN EXCESS OF FIFTEEN PAGES**

Pursuant to Local Rule 7.1, Defendant Northwestern University ("Northwestern"), by and through counsel, move for an order permitting the brief in support of Northwestern's forthcoming motion to dismiss to exceed the default limit of fifteen (15) pages. In support thereof, Northwestern states as follows:

1.      On October 27, 2025, Plaintiffs filed their Amended Complaint. Dkt. No. 41. Northwestern's response to the Amended Complaint is due on or before December 12, 2025. Dkt. No. 43.

2.      Northwestern intends to file a motion to dismiss the Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Under Local Rule 7.1, the page limit for Northwestern's brief in support of its motion to dismiss is fifteen (15) pages.

3.      The scope and complexity of the legal and factual issues raised by the Amended Complaint are substantial. Plaintiffs filed a putative class action lawsuit alleging that Northwestern violated the Employee Retirement Income Security Act of 1974 ("ERISA") 29

1

U.S.C. § 1001, *et seq.*, with respect to the pricing of one of the health insurance coverage options offered by the Northwestern University Employee Welfare Plan.  Plaintiffs assert claims for breach of the duties of prudence and loyalty under ERISA and failure to monitor plan fiduciaries. Northwestern intends to show in the Motion to Dismiss that Plaintiffs' lack Article III standing to assert the claims and the complaint otherwise fails to state a plausible claim under ERISA.

4. Despite good faith efforts to comply with the Local Rules' page limit, Northwestern has determined that a full and fair exposition of its arguments will require an enlarged motion to dismiss brief in excess of fifteen (15) pages.  Northwestern submits that a brief of thirty pages (30) will provide the Court with adequate briefing from which to make an informed decision on the motion to dismiss.

5. Counsel for Northwestern has conferred with Counsel for Plaintiffs, who do not oppose this request.

WHEREFORE, Northwestern respectfully requests that the Court grant this motion and permit Northwestern to file a brief in support of its motion to dismiss of up to thirty (30) pages, excluding the cover page, table of contents, table of authorities, and signature block.

Dated: December 9, 2025

Respectfully submitted,
/s/ *Eugene A. Schoon*

Eugene A. Schoon
CROKE FAIRCHILD DUARTE & BERES
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
Email: eschoon@crokefairchild.com

Lars C. Golumbic (admitted *pro hac vice*)
Mark C. Nielsen (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006

Tel: (202) 857-0620
Fax: (202) 659-4503
lgolumbic@groom.com
mnielsen@groom.com
kwheatley@groom.com
kpanish@groom.com

*Counsel for Northwestern University*

## SERVICE LIST

**NICHOLS KASTER, PLLP**

*/s/ Brock J. Specht*
Brock J. Specht (admitted *pro hac vice*)
Ben Bauer (admitted *pro hac vice*)
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 338-4878
lukas@nka.com
bpsecht@nka.com
bbauer@nka.com

**THE PRINZ LAW FIRM, P.C.**
Amit Bindra
Lee Walter
1 East Upper Wacker Drive
Chicago, IL 60601
Tel: (312) 212-4450
Fax: (312) 284-4822
abindra@prinz-lawfirm.com
lwalter@prinz-lawfirm.com

*Counsel for Plaintiffs*

**GROOM LAW GROUP, CHARTERED**

*/s/ Mark C. Nielsen*
Mark C. Nielsen (N.D. Ill. No. 90785769)
Lars C. Golumbic (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
1701 Pennsylvania Ave., NW
Washington, D.C. 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
lgolumbic@groom.com
mnielsen@groom.com
kwheatley@groom.com
kpanish@groom.com

**CROKE FAIRCHILD DUARTE & BERES**
Eugene A. Schoon
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
eschoon@crokefairchild.com

*Counsel Northwestern University*

3