**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| NATALIE BARBICH, BRUCE LINDVALL, and TIMOTHY PETERSON, individually and as representative of a class of similarly situated persons, and on behalf of the NORTHWESTERN UNIVERSITY EMPLOYEE WELFARE PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN UNIVERSITY, <br><br> Defendant. | Case No. 1:25-cv-06849 <br><br> Judge Jeremy C. Daniel <br><br> Magistrate Judge Jeffrey T. Gilbert |

**NOTICE OF DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**A BRIEF IN EXCESS OF FIFTEEN PAGES**

PLEASE TAKE NOTICE that on Thursday, December 11, 2025, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeremy C. Daniel, Room 1419, Judge of the U.S. District Court of Illinois, 219 S. Dearborn Street, Chicago, Illinois, or before any other Judge who may be hearing his call of Motions on that day in his place and stead, and shall then and there present the foregoing Unopposed Motion for Leave to File a Brief in Excess of Fifteen Pages, a copy of which was served upon you electronically via the electronic case filing system.

Dated: December 9, 2025

Respectfully submitted,
/s/ *Eugene A. Schoon*

Eugene A. Schoon
CROKE FAIRCHILD DUARTE & BERES
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
Email: eschoon@crokefairchild.com

Lars C. Golumbic (admitted *pro hac vice*)
Mark C. Nielsen (admitted *pro hac vice*)

1

Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
lgolumbic@groom.com
mnielsen@groom.com
kwheatley@groom.com
kpanish@groom.com

*Counsel for Northwestern University*

## SERVICE LIST

**NICHOLS KASTER, PLLP**

*/s/ Brock J. Specht*
Brock J. Specht (admitted *pro hac vice*)
Ben Bauer (admitted *pro hac vice*)
4700 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 338-4878
lukas@nka.com
bpsecht@nka.com
bbauer@nka.com

**THE PRINZ LAW FIRM, P.C.**
Amit Bindra
Lee Walter
1 East Upper Wacker Drive
Chicago, IL 60601
Tel: (312) 212-4450
Fax: (312) 284-4822
abindra@prinz-lawfirm.com
lwalter@prinz-lawfirm.com

*Counsel for Plaintiffs*

**GROOM LAW GROUP, CHARTERED**

*/s/ Mark C. Nielsen*
Mark C. Nielsen (N.D. Ill. No. 90785769)
Lars C. Golumbic (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
1701 Pennsylvania Ave., NW
Washington, D.C. 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
lgolumbic@groom.com
mnielsen@groom.com
kwheatley@groom.com
kpanish@groom.com

**CROKE FAIRCHILD DUARTE & BERES**
Eugene A. Schoon
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
eschoon@crokefairchild.com

*Counsel Northwestern University*

2