**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Natalie Barbich, et al.
v.
Northwestern University

Case Number: 1:25-cv-06849

An appearance is hereby filed by the undersigned as attorney for: Northwestern University

Attorney name (type or print): Sean Connolly

Firm: CROKE FAIRCHILD DUARTE & BERES

Street address: 191 N. Wacker Dr., 31st Floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6335721
(See item 3 in instructions)

Telephone Number: (312) 641-0881

Email Address: sconnolly@crokefairchild.com

Are you acting as lead counsel in this case? ☐ Yes ☐ No

Are you a member of the court's general bar? ☐ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☐ No

If this case reaches trial, will you act as the trial ☐ Yes ☐ No

attorney? If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on *December 9, 2025*

Attorney signature: S/ *Sean Connolly*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023