**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Natalie Barbich, et al.

                        Plaintiff,

v.                                                    Case No.: 1:25–cv–06849
                                                      Honorable Jeremy C. Daniel

Northwestern University, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 10, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: The motion for leave to file excess pages [44] is granted. The defendant's brief in support of its motion to dismiss shall not exceed 30 pages. The motion hearing is stricken. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.