**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| NATALIE BARBICH, BRUCE LINDVALL, and TIMOTHY PETERSON, individually and as the representatives of a class of similarly situated persons, and on behalf of the NORTHWESTERN UNIVERSITY EMPLOYEE WELFARE PLAN, | Case No. 25-cv-6849<br><br>Hon. Jeremy C. Daniel |
| Plaintiffs, | |
| v. | |
| NORTHWESTERN UNIVERSITY, | |
| Defendant. | |

**DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT
PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

Defendant Northwestern University, by and through its undersigned counsel, hereby moves to dismiss Plaintiffs Natalie Barbich, Bruce Lindvall, and Timothy Peterson's Amended Complaint (Dkt. No. 41) pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

For the reasons set forth in the accompanying Memorandum of Law, the Court should dismiss the Complaint in its entirety and with prejudice because Plaintiffs lack standing under Article III of the Constitution to pursue their claims against Defendants, and because they fail to state any plausible claim upon which relief can be granted.

WHEREFORE, Defendant respectfully requests that, upon due consideration of the motion and controlling precedent, the Court order the dismissal of the Amended Complaint and this action.

1

Dated: December 12, 2025

Respectfully submitted,

*/s/ Mark C. Nielsen*
Mark C. Nielsen (N.D. Ill. No. 90785769)
Lars C. Golumbic (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
Tel: (202) 861-5429
Fax: (202) 659-4503
mnielsen@groom.com
lgolumbic@groom.com
kwheatley@groom.com
kpanish@groom.com

Eugene A. Schoon
CROKE FAIRCHILD DUARTE & BERES
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
Email: eschoon@crokefairchild.com

*Counsel for Northwestern University*