**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Natalie Barbich, Bruce Lindvall, and Timothy Peterson, individually and as the representatives of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan, | Case No. 1:25-cv-06849 <br><br> Hon. Jeremy C. Daniel |
| Plaintiffs, <br> v. <br><br> Northwestern University, <br><br> Defendant. | **PLAINTIFFS' MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES** |

Pursuant to Local Rule 7.1, Plaintiffs Natalie Barbich, Bruce Lindvall, and Timothy Peterson, individually and as the representatives of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan ("Plaintiffs"), by and through their counsel, move for an order permitting the opposition brief in response to Defendant Northwestern University's ("Defendant") motion to dismiss to exceed the default limit of fifteen (15) pages. In support of this motion, Plaintiffs state as follows:

1.      On December 12, 2025, Defendant filed its motion to dismiss Plaintiffs' Amended Complaint, which included a thirty (30) page memorandum in support of Defendant's motion. ECF Nos. 48, 48-1.

2.      Plaintiffs' response to Defendant's Motion to Dismiss is due on or before January 16, 2026. ECF No. 43. Under Local Rule 7.1, the page limit for Plaintiffs' opposition brief to Defendant's motion to dismiss is fifteen (15) pages.

3.      Despite good faith efforts to comply with the Court's Local Rules' page limitation, Plaintiffs have determined that a full and fair exposition of their arguments will require an

1

enlarged motion to dismiss opposition brief in excess of fifteen (15) pages. Plaintiffs submit that an opposition brief of thirty (30) pages will provide Plaintiffs a chance to address each of Defendant's arguments and will provide the Court with adequate briefing from which to make an informed decision of Defendant's motion to dismiss.

4.      Counsel for Plaintiffs have conferred with Counsel for Defendant, who does not oppose this request.

WHEREFORE, Plaintiffs respectfully requests that the Court grant this motion for leave and permit Plaintiffs to file a brief in opposition to Defendant's motion to dismiss of up to thirty (30) pages, excluding cover page, table of contents, table of authorities, signature block and certificate of service.

Dated: December 30, 2025

**NICHOLS KASTER, PLLP**

s/Brock J. Specht
Brock J. Specht (admitted *pro hac vice*)
Benjamin Bauer (admitted *pro hac vice*)
80 S. 8th Street, Suite 4700
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
bspecht@nka.com
bbauer@nka.com

**THE PRINZ LAW FIRM, P.C.**

Amit Bindra, (IL 6308593)
1 East Upper Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 212-4450
Facsimile: (312) 284-4822
abindra@prinz-lawfirm.com

**DON BIVENS, PLLC**

Don Bivens (*pro hac vice forthcoming*)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: December 30, 2025               s/Brock J. Specht
                                          Brock J. Specht