**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Natalie Barbich, Bruce Lindvall, and Timothy Peterson, individually and as the representatives of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan, <br><br> Plaintiffs, <br><br> v. <br><br> Northwestern University, <br><br> Defendant. | Case No. 1:25-cv-06849 <br><br> Hon. Jeremy C. Daniel <br><br><br> **PLAINTIFFS' NOTICE OF PRESENTMENT OF MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES** |

PLEASE TAKE NOTICE that on Tuesday, January 6, 2026, at 9:30 a.m., or as soon thereafter as counsel may be heard, Counsel for Plaintiffs Natalie Barbich, Bruce Lindvall, and Timothy Peterson, individually and as the representatives of a class of similarly situated persons, and on behalf of the Northwestern University Employee Welfare Plan, shall appear before the Honorable Jeremy C. Daniel, Judge of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Courtroom 1419, Chicago, Illinois 60604, or before another judge who may be hearing his call of Motions that day in his place and stead, and shall then and there present the foregoing Unopposed Motion for Leave to File a Brief in Excess of Fifteen Pages, a copy of which was served directly via the court's electronic case filing system.

1

Dated: December 30, 2025

**NICHOLS KASTER, PLLP**

s/Brock J. Specht
Brock J. Specht (admitted *pro hac vice*)
Benjamin Bauer (admitted *pro hac vice*)
80 S. 8th Street, Suite 4700
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
bspecht@nka.com
bbauer@nka.com

**THE PRINZ LAW FIRM, P.C.**

Amit Bindra, (IL 6308593)
1 East Upper Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone: (312) 212-4450
Facsimile: (312) 284-4822
abindra@prinz-lawfirm.com

**DON BIVENS, PLLC**

Don Bivens (*pro hac vice forthcoming*)
15169 N. Scottsdale Road, Suite 205
Scottsdale, AZ 85254
Telephone: (602) 762-2661

**ATTORNEYS FOR PLAINTIFFS**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 30, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: December 30, 2025

<u>s/Brock J. Specht</u>
Brock J. Specht