## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Natalie Barbich, et al.

                              Plaintiff,

v.                                                    Case No.: 1:25−cv−06849
                                                      Honorable Jeremy C. Daniel

Northwestern University, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 31, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: Before the Court is Plaintiffs' Unopposed Motion for Leave to File a Brief in Excess of Fifteen Pages in this matter. Having considered the Motion and relevant docket entries, the Court hereby GRANTS Plaintiffs' Motion [49]. Plaintiffs are permitted to file an opposition brief in response to Defendant's motion to dismiss of up to thirty (30) pages, excluding cover page, table of contents, table of authorities, signature block and certificate of service. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.