**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Natalie Barbich, et al.
                                                Plaintiff,

v.                                                                    Case No.: 1:25−cv−06849
                                                                      Honorable Jeremy C. Daniel

Northwestern University, et al.
                                                Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 2, 2026:

        MINUTE entry before the Honorable Jeremy C. Daniel: Status hearing held. Motion to dismiss [31] is denied as moot. The defendants' motion to dismiss [48] is denied. The plaintiffs' motion for leave to file a sur−reply [55] is denied. The defendants' motion for leave to file supplemental authority [59] is denied for the reasons stated in open court. The defendants shall answer the complaint on or before April 23, 2026. Scheduling conference set for May 21, 2026, at 10:30 a.m. The scheduling conference will be held via WebEx. The parties shall confer pursuant to Fed. R. Civ. P. 26(f) on or before April 30, 2026. The parties shall file their Rule 26(f)(2) report on or before May 14, 2026. The parties' report should also address the deadline to join other parties and to amend the pleadings. Each party shall make its Rule 16(a)(1) initial disclosures on or before May 14, 2026. At least 10 mins prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us−courts.webex.com/meet/Judge_Daniel. ALL PARTICIPANTS MUST TYPE IN THEIR NAME WHEN JOINING THE VIDEO CONFERENCE AND YOUR CAMERA MUST BE ON WHEN YOUR CASE IS CALLED. You can use the dial in option ONLY if you do not have access to a device with video capability: (650)−479−3207, the access code is: 2315 750 8728. All participants must be in a quiet area while on the line and must be muted until your case is called. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.