**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Barbich et al v. Northwestern University et al. ⊞

Case Number: 1:25-cv-06849

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs Natalie Barbich, Bruce Lindvall, and Timothy Peterson

Attorney name (type or print): Donald W. Bivens

Firm: Don Bivens, PLLC

Street address: 15169 N. Scottsdale Road, Suite 205

City/State/Zip: Scottsdale, AZ

Bar ID Number: 005134
(See item 3 in instructions)

Telephone Number: 602-762-2661

Email Address: don@donbivens.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/22/2026

Attorney signature:      S/ *Don Bivens*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023