## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

NATALIE BARBICH, BRUCE LINDVAL, and TIMOTHY PETERSON, individually and as the representatives of a class of similarly situated persons, and on behalf of the NORTHWESTERN UNIVERSITY EMPLOYEE WELFARE PLAN,

Plaintiffs,

v.

NORTHWESTERN UNIVERSITY,

Defendant.

Case No. 1:25-cv-06849

Hon. Jeremy C. Daniel

### DEFENDANT'S MOTION TO CERTIFY AN INTERLOCUTORY APPEAL
### UNDER 28 U.S.C. § 1292(b) AND STAY DISCOVERY

Defendant Northwestern University ("Northwestern"), by and through its undersigned counsel, hereby moves the Court to certify three questions related to the Court's April 2, 2026 Order denying Northwestern's motion to dismiss the amended complaint (Dkt. 61) for interlocutory review by the United States Court of Appeals for the Seventh Circuit pursuant to 28 U.S.C. § 1292(b).

For the reasons set forth in the accompanying Memorandum of Law, the Court should conclude that all three questions meet the requirements for interlocutory review under 28 U.S.C. § 1292(b) and as articulated by the Seventh Circuit. *See Ahrenholz v. Bd. of Trs. of Univ. of Ill.*, 219 F.3d 674, 675 (7th Cir. 2000). In addition, Northwestern asks the Court to stay proceedings while Northwestern pursues interlocutory appeal to the Seventh Circuit, because a stay will conserve judicial and party resources, and Plaintiffs will not be prejudiced by a stay.

1

WHEREFORE, Northwestern respectfully requests that, upon due consideration of the motion, Memorandum of Law and controlling precedent, the Court certify three questions for interlocutory review by the Seventh Circuit and stay proceedings while Northwestern pursues its appeal.

Dated: April 30, 2026

Respectfully submitted,

/s/ Mark C. Nielsen
Mark C. Nielsen (N.D. Ill. No. 90785769)
Lars C. Golumbic (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
mnielsen@groom.com
lgolumbic@groom.com
kwheatley@groom.com
kpanish@groom.com

Eugene A. Schoon
CROKE FAIRCHILD DUARTE & BERES
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
eschoon@crokefairchild.com

*Counsel for Northwestern University*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 30, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


Dated: April 30, 2026                                         */s/ Mark C. Nielsen*        
                                                          Mark C. Nielsen