## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Natalie Barbich, et al.

                              Plaintiff,

v.                                                      Case No.: 1:25−cv−06849
                                                        Honorable Jeremy C. Daniel

Northwestern University, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 1, 2026:

        MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff has until
May 15, 2026, to respond to the defendant's motion to certify an interlocutory appeal [66].
The May 6, 2026, motion hearing is stricken. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.