**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| NATALIE BARBICH, BRUCE LINDVALL, and TIMOTHY PETERSON, individually and as the representatives of a class of similarly situated persons, and on behalf of the NORTHWESTERN UNIVERSITY EMPLOYEE WELFARE PLAN, | Case No. 1:25-cv-06849 Hon. Jeremy C. Daniel |
| Plaintiffs, | |
| v. | |
| NORTHWESTERN UNIVERSITY, | |
| Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY
MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO CERTIFY
AN INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND STAY DISCOVERY**

Pursuant to Local Rule 78.3, Defendant Northwestern University ("Northwestern"), by and through its undersigned counsel, respectfully moves for leave to file a reply memorandum in support of its Motion to Certify an Interlocutory Appeal Under 28 U.S.C. § 1292(b) and Stay Discovery (Dkt. 66) ("Motion to Certify"). Plaintiffs consent to the relief sought herein and do not oppose Northwestern's filing of a reply memorandum.

"[A] district court no doubt has substantial inherent power to control and to manage its docket," and "[i]n exercising that power, the district court must strike a balance between the needs for judicial efficiency and the rights of the litigants." *Arthur Pierson & Co. v. Provimi Veal Corp.*, 887 F.2d 837, 839 (7th Cir. 1989) (quoting *In re Strandell*, 838 F.2d 884, 886 (7th Cir.1987)). Those inherent powers include granting leave to file a reply memorandum. *See, e.g.*, *Huston v. Conagra Brands, Inc.*, No. 21-cv-04147, 2022 WL 4647251, at *2 (C.D. Ill. Sept. 30, 2022) (granting leave to file a reply where the defendant argued that "a reply is needed so that Defendant

1

can respond to Plaintiff's citations to inapposite case law and mischaracterizations of Defendant's arguments"); *Ticor Title Ins. Co. of California v. FFCA/IIP 1988 Prop. Co.*, 898 F. Supp. 633, 637 (N.D. Ind. 1995) (granting leave to file a reply brief in support of a motion for partial summary judgment, and denying the non-moving party's motion to strike the reply brief). Additionally, Local Rule 78.3 contemplates permitting a moving party to file a reply memorandum in support of a motion. *See* L.R. 78.3 ("Failure to file a reply memorandum within the requisite time shall be deemed a waiver of the right to file.").

Northwestern moves for leave to file a reply in support of its Motion to Certify pursuant to Local Rule 78.3. Northwestern's proposed reply memorandum, attached hereto as Exhibit 1, will assist the Court because it is narrowly tailored to address Plaintiffs' misrepresentations of caselaw regarding the standard applicable to motions for certification pursuant to 28 U.S.C. § 1292(b) and Plaintiffs' erroneous arguments in opposition to critical points in the Motion to Certify. Indeed, Plaintiffs' Opposition to Northwestern's Motion to Certify is rife with misrepresentations and incorrect arguments on critical points and caselaw that show that the Court should grant Northwestern's Motion to Certify. Northwestern should have the opportunity to address these arguments in full, as it has done in the proposed reply memorandum.

Northwestern has promptly sought leave to file its reply memorandum. Plaintiffs filed their Opposition on May 15, 2026—just four days before Northwestern filed this Motion.

WHEREFORE, Northwestern respectfully requests that the Court grant its Motion for Leave to File a Reply Memorandum in Support of the Motion to Certify, and that the Court consider Northwestern's proposed Reply Memorandum in Support of the Motion to Certify.

Dated: May 19, 2026

Respectfully submitted,

/s/ Mark C. Nielsen
Mark C. Nielsen (N.D. Ill. No. 90785769)
Lars C. Golumbic (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)
Kathryn E. Panish (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
mnielsen@groom.com
lgolumbic@groom.com
kwheatley@groom.com
kpanish@groom.com

Eugene A. Schoon
CROKE FAIRCHILD DUARTE & BERES
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
eschoon@crokefairchild.com

*Counsel for Northwestern University*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: May 19, 2026

*/s/ Mark C. Nielsen*
Mark C. Nielsen