## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATALIE BARBICH, BRUCE LINDVALL, and TIMOTHY PETERSON, individually and as the representatives of a class of similarly situated persons, and on behalf of the NORTHWESTERN UNIVERSITY EMPLOYEE WELFARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN UNIVERSITY,<br><br>Defendant. | Case No. 1:25-cv-06849<br><br>Hon. Jeremy C. Daniel |

**NOTICE OF DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF MOTION TO CERTIFY AN INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND STAY DISCOVERY**

PLEASE TAKE NOTICE that on **May 26, 2026** at **9:30 a.m.**, or as soon thereafter as this matter may be heard before the Honorable Jeremy C. Daniel, Room 1419, District Judge of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be hearing his call of Motions on that day in his place and stead, Defendant Northwestern University, by and through its undersigned counsel, shall then and there present the attached Unopposed Motion for Leave to File a Reply Memorandum in Support of Defendant's Motion to Certify an Interlocutory Appeal Under 28 U.S.C. § 1292(b) and Stay Discovery, a copy of which is hereby served on you.

Dated: May 19, 2026

Respectfully submitted,

*/s/ Mark C. Nielsen*
Mark C. Nielsen (N.D. Ill. No. 90785769)
Lars C. Golumbic (admitted *pro hac vice*)
Kara P. Wheatley (admitted *pro hac vice*)

1

Kathryn E. Panish (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue NW, Suite 1200
Washington, DC 20006
Tel: (202) 857-0620
Fax: (202) 659-4503
mnielsen@groom.com
lgolumbic@groom.com
kwheatley@groom.com
kpanish@groom.com

Eugene A. Schoon
CROKE FAIRCHILD DUARTE & BERES
180 N. La Salle Street, Suite 3400
Chicago, IL 60601
Tel: (773) 517-2740
eschoon@crokefairchild.com

*Counsel for Northwestern University*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 19, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: May 19, 2026

*/s/ Mark C. Nielsen*
Mark C. Nielsen