**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Natalie Barbich, et al.
                                          Plaintiff,

v.                                                    Case No.: 1:25–cv–06849
                                                      Honorable Jeremy C. Daniel

Northwestern University, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

          MINUTE entry before the Honorable Jeremy C. Daniel: Scheduling conference
held. Defendant's motion for leave to file a reply in support and to stay discovery [72] is
granted. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.